**Order entered March 12, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00049-CR

## EX PARTE ANTHONY TYRONE JOHNSON

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-20-1620**

## ORDER

Before the Court is the State's March 10, 2021 agreed motion to extend the time to file the State's brief. We **GRANT** the motion and **ORDER** the State's brief filed on or before March 18, 2021.

/s/    DENNISE GARCIA
       JUSTICE